UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Sears Holdings Corporation, *et al.*, | Case No. 18-23538-RDD <br> (Jointly Administered) |
| Debtors. | |
| Sears Home Improvement Products, Inc., <br> Plaintiff, <br> v. <br> Cascade Flooring Pros, Inc., <br> Defendant, | Adv. No. 20-08616-RDD |

## AFFIDAVIT OF SERVICE

I, Gene Matthews, depose and say that I am employed by Reliable Companies, provided noticing services in the above-captioned case. On February 21, 2020, at my direction and under my supervision, employees of Reliable caused to be served the following documents;

- Summons and Notice of Pretrial Conference in an Adversary Proceeding issued in the above-captioned Adversary Case

- Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502, asserted against the Defendant in the above-captioned Adversary Case

- Second Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by the Debtors Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code [In re Sears Holding Corporation 18-23538 (RDD) Docket No. 7204]

- Notice of Adjournment of Hearing And Notice Of Presentment On Second Motion For Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought By The Debtors Pursuant To Sections 502, 547, 548 And 550 Of The Bankruptcy Code [In re Sears Holding Corporation 18-23538 (RDD) Docket No. 7321]

by First Class Mail addressed as follows:

Cascade Flooring Pros, Inc.
16006 SE Main St.
Portland OR 97233
Attn: Officer, Managing or General Agent

X *(signature)*
**Gene Matthews**

Dated: February 27, 2020
State of Delaware
County of New Castle
Subscribed and sworn to (or affirmed) before me on this 27th day of February 2020, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

X *(signature)*

*(Notary seal: DOUGLAS JOHN DEPTA, MY COMMISSION EXPIRES OCTOBER 21, 2021, NOTARY PUBLIC, STATE OF DELAWARE)*